1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   TODD LERAS
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

**FILED**

MAY 16 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6  Attorneys for the United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           CASE NO. 2:12-mj-00125 GGH

12                 Plaintiff,           [~~PROPOSED~~] ORDER FOR
                                        UNSEALING UNSEALING
13 v.                                   COMPLAINT

14 STEVEN ORTEGA, et al.

15                 Defendants.

16

17

18     The government's request to unseal the Complaint and this case is GRANTED.

19 SO ORDERED:

20 DATED: May 16, 2012

                                        _____
21                                      GREGORY G. HOLLOWS
                                        HON. GREGORY G. HOLLOWS
                                        U.S. Magistrate Judge
22

23

24

25

26

27

28

                                   2