SEALED

BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2891

FILED

MAY 24 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:12 - CR  198  WBS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. |
| Plaintiff, | ORDER TO SEAL |
| v. | (UNDER SEAL) |
| STEVEN ORTEGA, SR., et al., | |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney MICHAEL D. ANDERSON to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 5-24-2012

EDMUND F. BRENNAN
United States Magistrate Judge

1