BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>STEVEN ORTEGA, et al.<br><br>            Defendants. | CASE NO. 2:12-cr-00198 WBS<br><br>[PROPOSED] ORDER FOR UNSEALING INDICTMENT |

The government's request to unseal the indictment and this case is GRANTED.

SO ORDERED:

DATED: 5-29-2012

HON. EDMUND F. BRENNAN
U.S. Magistrate Judge

2