**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JASON SIEGFRIED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-cr-0198-MCE |
| PLAINTIFF, ) | AGREEMENT AND STIPULATION OF THE PARTIES TO CONTINUE THE STATUS CONFERENCE TO THURSDAY, OCTOBER 31, 2013 WITH TIME EXCLUDED UNDER THE SPEEDY TRIAL ACT AND PROPOSED ORDER |
| v. ) | |
| STEVEN ORTEGA, SR., ) et al., ) | |
| DEFENDANTS. ) | |
| _____) | |

The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Michael D. Anderson, and for the defendants: 1- Benjamin D. Galloway representing Steven Ortega, Sr.; 2- Randy Sue Pollock representing Steven Ortega, Jr.; 3- Shari Rusk representing Marla Ortega; 4- Dina L. Santos representing Matt Ortega; 5- Tim Pori representing Marcus Williams; 6- Hayes H. Gable, III, representing Anthony Giarrusso; 7- Thomas Johnson representing Jay Dupee; 8- William E. Bonham representing Brock Enrico; 9- Michael B. Bigelow representing Todd Becerra; 10- Robert M. Holley representing Steven Adgate; 11- Danny D. Brace, Jr. representing Bryan Swiers; 12- Clemente M. Jimenez

1

1 representing Kyle Schmidt; 13- Candace A. Fry representing Dusty Burge; 14-
2 Gregory W. Fox representing Charles Erickson; 15- Olaf W. Hedberg representing
3 Travis Olibas; 16- David D. Fischer representing Jake Westerman; 17- Scott
4 N.Cameron representing Justin McMillian; 18- Christopher R. Cosca representing
5 Shawn Thompson; 19- Carl E. Larson representing Frederick Laurens; 21- Darryl A.
6 Stallworth representing Richard Serrell; 22- Robert J. Saria representing Kevin
7 Kuester; 23- Russell S. Humphrey representing Derek Winters; 24- Clyde M.
8 Blackmon representing Richard Reynolds; 25- Michael Jason Lawley representing
9 Nickolas Perry; 26- Scott A. Sugarman representing Joseph Mirante; 27- James A.
10 Bustamante representing Kevin Kirkpatrick; 28- Philip A. Schnayerson representing
11 Reginald Bell; 29- Michael E. Hansen representing Michael Kelly; 30-Michael J. Aye
12 representing Joseph Figlia 31- James J. Clark representing Robert Kennedy; 32- Omar
13 Figueroa representing Nicholas Ojeda and 20- James R. Greiner representing Jason
14 Siegfried, hereby agree and stipulate to the following[1]:

15    1- By previous order, this matter was set for status on Thursday, June 27, 2013,
16 see docket number 370..

17    2. By this Stipulation, the defendants collectively now move to continue the
18 status conference until Thursday, October 31, 2013 and to exclude time pursuant to
19 the Speedy Trial Act between Thursday, June 27, 2013 and Thursday, October 31,
20 2013, under Local Codes T-2 (complexity)  and T-4 (time for adequate attorney
21 preparation). The government has produced more discovery in the case and does not
22 oppose this request. In addition, attorney Michael Jason Lawley was just appointed on
23 June 12, 2013 to represent defendant Nickolas Perry (see Docket # 385) and attorney
24 Tim Pori was recently appointed on February 7, 2013 (see Docket # 365) to represent
25 defendant Marcus Williams  and attorney Benjamin D. Galloway was recently

---

[1] The government requested that the format presented in this stipulation be used by the parties.

1 appointed on December 27, 2012 (see docket #351) to represent Steven Ortega, Sr.,
2 and all three attorneys need additional time to review the voluminous amount of
3 discovery in this case.

4     3. The parties agree and stipulate to the following and request the Court to find
5 the following:

6     a. The government has produced discovery to date which consists of 5
7 (five) discovery CD's labeled Discovery Disk 1, 2, 3 ,4 and 5 and 6 (six) wire tape
8 CD's labeled TT1, TT2, TT3, TT4, TT5 and TT6. The government has also made
9 available for copying onto an external hard drive the pole camera evidence which
10 defense counsel has obtained for reviewing with their respective clients. The
11 government requested defense counsel to supply an external hard drive with 3 TB of
12 capacity to accommodate the enormous volume of video taped recordings.

13     b. The government by way of letter dated November 30, 2012, addressed
14 to all defense counsel, produced the following additional discovery contained on 4
15 (four) CD's: BATES numbers DD-007532 to DD-007570; Bates number DD-7571
16 (reproduction of wiretap -TT#1); Bates number DD-007572 (reproduction of wiretap-
17 TT#2); Bates number DD-007573 (reproduction of wiretaps - TT#3, tt#4, TT#5, and
18 TT#6).

19     c. Counsel for all defendants need additional time, in addition to the three
20 recently appointed attorneys (Lawley, June 12, 2013, Pori, February 7, 2013 and
21 Galloway, December 27, 29012), first to obtain the additional discovery made
22 available by letter on November 30, 2012; second counsel for all defendants need
23 additional time to review all of the discovery which includes the additional discovery,
24 review the all the discovery with their respective clients, to conduct investigation into
25 this case, do research, which includes legal research, in this case, and to otherwise do
26 review and investigation, using due diligence, that this complex case requires.

27     d. Counsel for all defendants represents that the failure to grant the above

28

3

1  requested continuance would deny counsel for each individual defendant the
2  reasonable time necessary for effective preparation, taking into account the exercise of
3  due diligence.
4      e. The government, based on all of the above, does not object to the
5  continuance.
6      f. Based on the above stated findings, the ends of justice served by
7  continuing the case as requested outweigh the interest of the public and all the
8  defendants in a trial within the original date prescribed by the Speedy Trial Act.
9      g. For the purpose of computing the time under the Speedy Trial Act,
10 Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time
11 period from Thursday, March 14, 2013, 2012 to Thursday, June 25, 2013, inclusive,
12 and from Thursday, June 25, 2013 to Thursday, October 31, 2013, inclusive, is
13 deemed excludable  pursuant to Title 18 U.S.C. section 3161(h)(7)(A, (B)(ii) and (iv)
14 corresponding to Local Codes T-2 and T-4, because it results from a continuance
15 granted by the Court at defendants' request on the basis of the Court's finding that the
16 ends of justice served by taking such action outweigh the best interest of the public
17 and all of the defendants in a speedy trial.
18   4. Nothing in this stipulation and order shall preclude a finding that other
19 provisions of the Speedy Trial Act dictate that additional time periods are excludable
20 from the period within which a trial must commence.
21   IT IS SO STIPULATED.
22   Each attorney has granted James R. Greiner full authority to sign for each
23 individual attorney.

4

Respectfully submitted:

                        BENJAMIN B. WAGNER
                        UNITED STATES ATTORNEY

DATED: 6-17-13          /s/ Michael D. Anderson
                        _____
                        Michael D. Anderson
                        ASSISTANT UNITED STATES ATTORNEY
                        ATTORNEY FOR THE PLAINTIFF

DATED: 6-17-13          /s/ Benjamin D. Galloway
                        _____
                        Benjamoin D. Galloway
                        Attorney for Defendant
                        1- Steven Ortega, Sr.

DATED: 6-17-13          /s/ Randy Sue Pollock
                        _____
                        Randy Sue Pollock
                        Attorney for Defendant
                        2- Steven Ortega, Jr.

DATED: 6-17-13          /s/  Shari Rusk
                        _____
                         Shari Rusk
                        Attorney for Defendant
                        3-  Marla Ortega

DATED: 6-17-13          /s/ Dina L. Santos
                        _____
                        Dina L. Santos
                        Attorney for Defendant
                        4- Matt Ortega

DATED: 6-17-13          /s/ Tim Pori
                        _____
                        Tim Pori
                        Attorney for Defendant
                        5- Marcus Williams

DATED: 6-17-13          /s/ Hayes H. Gable, III
                        _____
                        Hayes H. Gable, III
                        Attorney for Defendant
                        6- Anthony Giarrusso

DATED: 6-17-13          /s/ Thomas Johnson
                        _____
                        Thomas Johnson
                        Attorney for Defendant
                        7- Jay Dupee

DATED: 6-17-13            /s/ William E. Bonham
                          _____
                          William E. Bonham
                          Attorney for Defendant
                          8- Brock Enrico

DATED: 6-17-13            /s/ Michael B. Bigelow
                          _____
                          Michael B. Bigelow
                          Attorney for Defendant
                          9- Todd Becerra

DATED: 6-17-13            /s/ Robert M. Holley
                          _____
                          Robert M. Holley
                          Attorney for Defendant
                          10- Steven Adgate

DATED: 6-17-13            /s/ Danny D. Brace, Jr.
                          _____
                          Danny D. Brace, Jr.
                          Attorney for Defendant
                          11- Bryan Swiers

DATED: 6-17-13            /s/ Clemente M. Jimenez
                          _____
                          Clemente M. Jimenez
                          Attorney for Defendant
                          12- Kyle Schmidt

DATED:  6-17-13           /s/ Candace A. Fry
                          _____
                          Candace A. Fry
                          Attorney for Defendant
                          13- Dusty Burge

DATED:  6-17-13           /s/ Gregory W. Fox
                          _____
                          Gregory W. Fox
                          Attorney for Defendant
                          14- Charles Erickson

DATED:  6-17-13           /s/ Olaf W. Hedberg
                          _____
                          Olaf W. Hedberg
                          Attorney for Defendant
                          15- Travis Olibas

| | | |
|---|---|---|
| 1 | DATED: 6-17-13 | /s/ David D. Fischer |
| 2 | | David D. Fischer |
| | | Attorney for Defendant |
| 3 | | 16- Jake Westerman |
| 4 | DATED: 6-17-13 | /s/ Scott N. Cameron |
| 5 | | Scott N. Cameron |
| | | Attorney for Defendant |
| 6 | | 17-Justin McMillian |
| 7 | DATED: 6-17-13 | /s/ Christopher R. Cosca |
| 8 | | Christopher R. Cosca |
| | | Attorney for Defendant |
| 9 | | 18- Shawn Thompson |
| 10 | DATED: 6-17-13 | /s/ Carl E. Larson |
| 11 | | Carl E. Larson |
| | | Attorney for Defendant |
| 12 | | 19- Frederick Laurens |
| 13 | DATED: 6-17-13 | /s/ Darryl A. Stallworth |
| 14 | | Darryl A. Stallworth |
| | | Attorney for Defendant |
| 15 | | 21- Richard Serrell |
| 16 | DATED: 6-17-13 | /s/ Robert J. Saria |
| 17 | | Robert J. Saria |
| | | Attorney for Defendant |
| 18 | | 22- Kevin Kuester |
| 19 | DATED: 6-17-13 | /s/ Russell S. Humphrey |
| 20 | | Russell S. Humphrey |
| | | Attorney for Defendant |
| 21 | | 23-Derek Winters |
| 22 | DATED: 6-17-13 | /s/ Clyde M. Blackmon |
| 23 | | Clyde M. Blackmon |
| | | Attorney for Defendant |
| 24 | | 24- Richard Reynolds |
| 25 | DATED: 6-17-13 | /s/ Michael Jason Lawley |
| 26 | | Michael Jason Lawley |
| | | Attorney for Defendant |
| 27 | | 25- Nickolas Perry |
| 28 | | |

7

DATED:  6-17-13          /s/ Scott A. Sugarman
                         _____
                         Scott A. Sugarman
                         Attorney for Defendant
                         26- Joseph Mirante

DATED:  6-17-13          /s/ James A. Bustamante
                         _____
                         James A. Bustamante
                         Attorney for Defendant
                         27- Kevin Kirkpatrick

DATED:  6-17-13          /s/  Philip A. Schnayerson
                         _____
                         Philip A. Schnayerson
                         Attorney for Defendant
                         28- Reginald Bell

DATED:  6-17-13          /s/  Michael E. Hansen
                         _____
                         Michael E. Hansen
                         Attorney for Defendant
                         29-Michael Kelly

DATED:  6-17-13          /s/ Michael J. Aye
                         _____
                         Michael J. Aye
                         Attorney for Defendant
                         30- Joseph Figlia

DATED:  6-17-13          /s/ James J. Clark
                         _____
                         James J. Clark
                         Attorney for Defendant
                         31- Robert Kennedy

DATED:  6-17-13          /s/ Omar Figueroa
                         _____
                         Omar Figueroa
                         Attorney for Defendant
                         32- Nicholas Ojeda

DATED: 6-17-13           /s/ James R. Greiner
                         _____
                         James R. Greiner
                         Attorney for Defendant
                         20- Jason Siegfried

## ORDER

In accordance with the foregoing stipulation of the parties, and good cause appearing, the status conference in this matter is hereby continued from June 27, 2013 to October 31, 2013 at 9:00 a.m. in Courtroom No. 7.

IT IS SO ORDERED.

Date: June 19, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT