JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JASON SIEGFRIED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | CR.NO.S-12-198--MCE |
| ) | |
| PLAINTIFF,    ) | STIPULATION BETWEEN THE PARTIES TO |
| ) | CONTINUE THE STATUS CONFERENCE TO |
| v.    ) | THURSDAY, JANUARY 30, 2013 WITH |
| ) | EXCLUSION OF TIME FROM THE SPEEDY |
| STEVEN ORTEGA, et al.,    ) | TRIAL ACT AND ORDER |
| ) | |
| ) | |
| DEFENDANTS.    ) | |
| ) | |
| _____ ) | |

    The parties to this litigation, the United States of America, represented by Assistant

United States Attorney, Michael D. Anderson, and for the defendants:

    1- Benjamin D. Galloway representing Steven Ortega, Sr.; 2- Randy Sue Pollock

representing Steven Ortega, Jr.; 3- Shari Rusk representing Marla Ortega; 4- Dina L. Santos

representing Matt Ortega; 5- Tim Pori representing Marcus Williams;

1

6- Hayes H. Gable, III, representing Anthony Giarrusso; 7- Thomas Johnson representing Jay Dupee; 8- William E. Bonham representing Brock Enrico; 9- Michael B. Bigelow representing Todd Becerra; 10- Robert M. Holley representing Steven Adgate; 11- Danny D. Brace, Jr. representing Bryan Swiers; 12- Clemente M. Jimenez representing Kyle Schmidt; 13- Candace A. Fry representing Dusty Burge; 14- Gregory W. Fox representing Charles Erickson; 15- Olaf W. Hedberg representing Travis Olibas; 16- David D. Fischer representing Jake Westerman; 17- Scott N.Cameron representing Justin McMillian; 18- Christopher R. Cosca representing Shawn Thompson; 19- Carl E. Larson representing Frederick Laurens; 21- Darryl A. Stallworth representing Richard Serrell; 22- Robert J. Saria representing Kevin Kuester; 23- Russell S. Humphrey representing Derek Winters; 24- Clyde M. Blackmon representing Richard Reynolds; 25- Michael Jason Lawley representing Nickolas Perry; 26- Scott A. Sugarman representing Joseph Mirante; 27- James A. Bustamante representing Kevin Kirkpatrick; 28- Philip A. Schnayerson representing Reginald Bell; 29- Michael E. Hansen representing Michael Kelly; 30-Michael J. Aye representing Joseph Figlia 31- James J. Clark representing Robert Kennedy; 32- Omar Figueroa representing Nicholas Ojeda and 20- James R. Greiner representing Jason Siegfried, hereby agree and stipulate to the following[1]:

       1- By previous order, this matter was set for status on Thursday, October 31, 2013, see docket number 393.

       2. By this Stipulation, the defendants collectively now move to continue the status conference until Thursday, January 30, 2014 and to exclude time pursuant to the Speedy Trial Act between Thursday, October 31, 2013 and Thursday, January 30, 2014, under

---

[1]The government requested that the format presented in this stipulation be used by the parties.

2

Local Codes T-2 (complexity) and T-4 (time for adequate attorney preparation). The government has produced more discovery in this case and does not oppose this request. In addition, attorney Michael Jason Lawley was recently appointed on June 12, 2013 to represent defendant Nickolas Perry (see Docket # 385) and attorney Tim Pori was recently appointed on February 7, 2013 (see Docket # 365) to represent defendant Marcus Williams and attorney Benjamin D. Galloway was recently appointed on December 27, 2012 (see docket #351) to represent Steven Ortega, Sr., and all three attorneys need additional time to review the voluminous amount of discovery in this case.

        3. The parties agree and stipulate to the following and request the Court to find the following:

        a. The government has produced discovery to date which consists of 5 (five) discovery CD's labeled Discovery Disk 1, 2, 3, 4 and 5 and 6 (six) wire tape CD's labeled TT1, TT2, TT3, TT4, TT5 and TT6. The government has also made available for copying onto an external hard drive the pole camera evidence which defense counsel has obtained for reviewing with their respective clients. The government requested defense counsel to supply an external hard drive with 3 TB of capacity to accommodate the enormous volume of video taped recordings.

        b. The government by way of letter dated November 30, 2012, addressed to all defense counsel, produced the following additional discovery contained on 4 (four) CD's: BATES numbers DD-007532 to DD-007570; Bates number DD-7571 (reproduction of wiretap - TT#1); Bates number DD-007572 (reproduction of wiretap- TT#2); Bates number DD-007573 (reproduction of wiretaps - TT#3, tt#4, TT#5, and TT#6).

c. Counsel for all defendants need additional time, in addition to the three recently appointed attorneys (Lawley, June 12, 2013, Pori, February 7, 2013 and Galloway, December 27, 2012), need additional time to review all of the discovery which includes the additional discovery, review the all the discovery with their respective clients, to conduct investigation into this case, do research, which includes legal research, in this case, and to otherwise do review and investigation, using due diligence, that this complex case requires.

d. Counsel for all defendants represents that the failure to grant the above requested continuance would deny counsel for each individual defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The government, based on all of the above, does not object to the continuance.

f. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and all the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing the time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period from Thursday, October 31, 2013 to Thursday, January 30, 2014, inclusive, is deemed excludable pursuant to Title 18 U.S.C. section 3161(h)(7)(A, (B)(ii) and (iv) corresponding to Local Codes T-2 and T-4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and all of the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 10-28-13        /s/ Michael D. Anderson
                       _____
                       Michael D. Anderson
                       ASSISTANT UNITED STATES ATTORNEY
                       ATTORNEY FOR THE PLAINTIFF

DATED: 10-28-13        /s/ Benjamin D. Galloway
                       _____
                       Benjamin D. Galloway
                       Attorney for Defendant
                       1- Steven Ortega, Sr.

DATED: 10-28-13        /s/ Randy Sue Pollock
                       _____
                       Randy Sue Pollock
                       Attorney for Defendant
                       2- Steven Ortega, Jr.

DATED: 10-28-13        /s/  Shari Rusk
                       _____
                       Shari Rusk
                       Attorney for Defendant
                       3- Marla Ortega

DATED: 10-28-13        /s/ Dina L. Santos
                       _____
                       Dina L. Santos
                       Attorney for Defendant
                       4- Matt Ortega

DATED: 10-28-13        /s/ Tim Pori
                       _____
                       Tim Pori
                       Attorney for Defendant
                       5- Marcus Williams

DATED: 10-28-13        /s/ Hayes H. Gable, III
                       _____
                       Hayes H. Gable, III
                       Attorney for Defendant
                       6- Anthony Giarrusso

DATED: 10-28-13        /s/ Thomas Johnson
                       _____
                       Thomas Johnson
                       Attorney for Defendant
                       7- Jay Dupee

DATED: 10-28-13        /s/ William E. Bonham
                       _____
                       William E. Bonham
                       Attorney for Defendant
                       8- Brock Enrico

DATED: 10-28-13        /s/ Michael B. Bigelow
                       _____
                       Michael B. Bigelow
                       Attorney for Defendant
                       9- Todd Becerra

DATED: 10-28-13        /s/ William J. Portanova
                       _____
                       William J. Portanova
                       Attorney for Defendant
                       10- Steven Adgate

DATED: 10-28-13        /s/ Danny D. Brace, Jr.
                       _____
                       Danny D. Brace, Jr.
                       Attorney for Defendant
                       11- Bryan Swiers

DATED: 10-28-13        /s/ Clemente M. Jimenez
                       _____
                       Clemente M. Jimenez
                       Attorney for Defendant
                       12- Kyle Schmidt

DATED: 10-28-13        /s/ Candace A. Fry
                       _____
                       Candace A. Fry
                       Attorney for Defendant
                       13- Dusty Burge

DATED: 10-28-13        /s/ Gregory W. Fox
                       _____
                       Gregory W. Fox
                       Attorney for Defendant
                       14- Charles Erickson

DATED: 10-28-13        /s/ Olaf W. Hedberg
                       _____
                       Olaf W. Hedberg
                       Attorney for Defendant
                       15- Travis Olibas

DATED: 10-28-13        /s/ David D. Fischer
                       _____
                       David D. Fischer
                       Attorney for Defendant
                       16- Jake Westerman

DATED: 10-28-13        /s/ Scott N. Cameron
                       _____
                       Scott N. Cameron
                       Attorney for Defendant
                       17-Justin McMillian

DATED: 10-28-13				/s/ Christopher R. Cosca
						_____
						Christopher R. Cosca
						Attorney for Defendant
						18- Shawn Thompson

DATED: 10-28-13				/s/ Carl E. Larson
						_____
						Carl E. Larson
						Attorney for Defendant
						19- Frederick Laurens

DATED: 10-28-13				/s/ Darryl A. Stallworth
						_____
						Darryl A. Stallworth
						Attorney for Defendant
						21-  Richard Serrell

DATED: 10-28-13				/s/ Robert J. Saria
						_____
						Robert J. Saria
						Attorney for Defendant
						22- Kevin Kuester

DATED: 10-28-13				/s/ Russell S. Humphrey
						_____
						Russell S. Humphrey
						Attorney for Defendant
						23-Derek Winters

DATED: 10-28-13				/s/ Clyde M. Blackmon
						_____
						Clyde M. Blackmon
						Attorney for Defendant
						24- Richard Reynolds

DATED: 10-28-13				/s/ Michael Jason Lawley
						_____
						Michael Jason Lawley
						Attorney for Defendant
						25- Nickolas Perry

DATED: 10-28-13            /s/ Scott A. Sugarman
                           _____
                           Scott A. Sugarman
                           Attorney for Defendant
                           26- Joseph Mirante

DATED: 10-28-13            /s/ James A. Bustamante
                           _____
                           James A. Bustamante
                           Attorney for Defendant
                           27- Kevin Kirkpatrick

DATED: 10-28-13            /s/  Philip A. Schnayerson
                           _____
                           Philip A. Schnayerson
                           Attorney for Defendant
                           28- Reginald Bell

DATED: 10-28-13            /s/  Michael E. Hansen
                           _____
                           Michael E. Hansen
                           Attorney for Defendant
                           29-Michael Kelly

DATED: 10-28-13            /s/ Michael J. Aye
                           _____
                           Michael J. Aye
                           Attorney for Defendant
                           30- Joseph Figlia

DATED: 10-28-13            /s/ James J. Clark
                           _____
                           James J. Clark
                           Attorney for Defendant
                           31- Robert Kennedy

DATED: 10-28-13            /s/ Omar Figueroa
                           _____
                           Omar Figueroa
                           Attorney for Defendant
                           32- Nicholas Ojeda

DATED: 10-28-13          /s/ James R. Greiner
                         _____
                         James R. Greiner
                         Attorney for Defendant
                         20- Jason Siegfried

**IT IS SO ORDERED.**

Dated:  October 31, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT