JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JASON SIEGFRIED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.NO.S-12-198--MCE |
| | ) | |
| PLAINTIFF, | ) | STIPULATION BETWEEN THE PARTIES TO CONTINUE THE STATUS CONFERENCE TO THURSDAY, AUGUST 28, 2014 WITH EXCLUSION OF TIME FROM THE SPEEDY TRIAL ACT AND PROPOSED ORDER |
| v. | ) | |
| STEVEN ORTEGA, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Michael D. Anderson, and for the defendants[1]:

---

[1] All defendants except Shawn Thompson who pled guilty on January 9, 2014 (See docket entry # 418) and Joseph Figlia who pled guilty on Thursday, April 10, 2014 (See docket entry # 435) are not included in this agreement and stipulation.

Stipulation to Continue Status Conference - 1

1- Benjamin D. Galloway representing Steven Ortega, Sr.; 2- Randy Sue Pollock representing Steven Ortega, Jr.; 3- Shari Rusk representing Marla Ortega; 4- Dina L. Santos representing Matt Ortega;  5- Tim Pori representing Marcus Williams;  6- Hayes H. Gable, III, representing Anthony Giarrusso; 7- Thomas Johnson  representing Jay Dupee; 8- William E. Bonham representing Brock Enrico; 9- Michael B. Bigelow representing Todd Becerra; 10- William J. Portanova representing Steven Adgate; 11- Danny D. Brace, Jr. representing Bryan Swiers; 12- Clemente M. Jimenez representing Kyle Schmidt; 13- Candace A. Fry representing Dusty Burge; 14- Gregory W. Fox representing Charles Erickson; 15- Olaf W. Hedberg representing Travis Olibas; 16- David D. Fischer representing Jake Westerman; 17- Scott N. Cameron representing Justin McMillian; 19- Carl E. Larson representing Frederick Laurens; 21- Darryl A. Stallworth representing Richard Serrell; 22- Robert J. Saria representing Kevin Kuester; 23- Russell S. Humphrey representing Derek Winters; 24- Clyde M. Blackmon representing Richard Reynolds; 25- Michael Jason Lawley representing Nickolas Perry; 26- Scott A. Sugarman representing Joseph Mirante; 27- James A. Bustamante representing Kevin Kirkpatrick; 28- Philip A. Schnayerson representing Reginald Bell; 29- Michael E. Hansen representing Michael Kelly; 31- James J. Clark representing Robert Kennedy; 32- Omar Figueroa representing Nicholas Ojeda and 20- James R. Greiner representing Jason Siegfried, hereby agree and stipulate to the  following[2]:

        1- By previous order, this matter was set for status on Thursday, May 1, 2014, see docket number 443.

---

[2] The government requested that the format presented in this stipulation be used by the parties.

Stipulation to Continue Status Conference - 2

2. By this Stipulation, the defendants collectively[3] now move to continue the status conference until Thursday, August 28, 2014 and to exclude time pursuant to the Speedy Trial Act between Thursday, May 1, 2014 and Thursday, August 28, 2014, under Local Codes T-2 (complexity) and T-4 (time for adequate attorney preparation). The government has produced voluminous amounts of discovery, including, but not limited to, 6 CD's of wire taps and the potential for defense counsel to obtain on a 3TB external hard drive video tape surveillance in this case and does not oppose this request. In addition, attorney Michael Jason Lawley was recently appointed on June 12, 2013 to represent defendant Nickolas Perry (see Docket # 385) and attorney Benjamin D. Galloway was recently appointed on December 27, 2012 (see docket #351) to represent Steven Ortega, Sr., and both attorneys need additional time to review the voluminous amount of discovery in this case. Also, two previous co-defendant's have pled guilty, Shawn Thompson (January 9, 2014, see docket entry # 418) and Joseph Figlia (April 10, 2014, see docket entry # 435) which requires all defense counsel to re-examine the discovery provided by the government in light of the two previous co-defendants pleading guilty and discuss this with their respective clients.

3. The parties[4] agree and stipulate to the following and request the Court to find the following:

a. The government has produced discovery to date which consists of 5 (five) discovery CD's labeled Discovery Disk 1, 2, 3 ,4 and 5 and 6 (six) wire tape CD's labeled TT1, TT2, TT3, TT4, TT5 and TT6. The government has also made available for copying onto an external hard drive the pole camera evidence which defense counsel has obtained for reviewing with their respective clients. The government requested defense counsel to supply an

---

[3] Except defendants Thompson and Figlia.
[4] Except defendants Thompson and Figlia.

external hard drive with 3TB of capacity to accommodate the enormous volume of video tape recordings.

      b. The government by way of letter dated November 30, 2012, addressed to all defense counsel, produced the following additional discovery contained on 4 (four) CD's: BATES numbers DD-007532 to DD-007570; Bates number DD-7571 (reproduction of wiretap - TT#1); Bates number DD-007572 (reproduction of wiretap- TT#2); Bates number DD-007573 (reproduction of wiretaps - TT#3, tt#4, TT#5, and TT#6).

      c. Counsel for all defendants[5] need additional time, in addition to the two recently appointed attorneys (Michael Lawley, June 12, 2013, and Benjamin Galloway, December 27, 2012), to review all of the discovery as listed herein, review the all the discovery with their respective clients, to conduct investigation into this case, do research, which includes legal research, in this case, and to otherwise do review and investigation, using due diligence, that this complex case requires. Also, two previous co-defendant's have pled guilty, Shawn Thompson (January 9, 2014, see docket entry # 418) and Joseph Figlia (April 10, 2014, see docket entry # 435), which requires all defense counsel to re-examine the discovery provided by the government in light of the two previous co-defendants pleading guilty and discuss this with their respective clients.

      d. Counsel for all defendants[6] need additional time to discuss with their respective clients the legal implications and potential ramifications of defendants Thompson and Figlia pleading guilty in this case.

---

[5] Except defendants Thompson and Figlia.
[6] Except defendants Thompson and Figlia.

Stipulation to Continue Status Conference - 4

e. Counsel for all defendants[7] represents that the failure to grant the above requested continuance would deny counsel for each individual defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f. The government, based on all of the above, does not object to the continuance.

g. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and all the defendants in a trial within the original date prescribed by the Speedy Trial Act.

h. For the purpose of computing the time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period from Thursday, May 1, 2014 to Thursday, August 28, 2014, inclusive, is deemed excludable pursuant to Title 18 U.S.C. section 3161(h)(7)(A, (B)(ii) and (iv) corresponding to Local Codes T-2 and T-4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and all of the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

---

[7] Except defendants Thompson and Figlia.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 4-21-14        /s/ Michael D. Anderson
                     /s/ Olusere Olowoyeye
                     _____
                     Michael D. Anderson
                     Olusere Olowoyeye
                     ASSISTANT UNITED STATES ATTORNEYS
                     ATTORNEY FOR THE PLAINTIFF

DATED: 4-21-14       /s/ Benjamin D. Galloway
                     _____
                     Benjamin D. Galloway
                     Attorney for Defendant
                     1- Steven Ortega, Sr.

DATED: 4-21-14       /s/ Randy Sue Pollock
                     _____
                     Randy Sue Pollock
                     Attorney for Defendant
                     2- Steven Ortega, Jr.

DATED: 4-21-14       /s/  Shari Rusk
                     _____
                     Shari Rusk
                     Attorney for Defendant
                     3-  Marla Ortega

DATED: 4-21-14       /s/ Dina L. Santos
                     _____
                     Dina L. Santos
                     Attorney for Defendant
                     4- Matt Ortega

DATED: 4-21-14       /s/ Tim Pori
                     _____
                     Tim Pori
                     Attorney for Defendant
                     5- Marcus Williams

DATED: 4-21-14          /s/ Hayes H. Gable, III
                        _____
                        Hayes H. Gable, III
                        Attorney for Defendant
                        6- Anthony Giarrusso

DATED: 4-21-14          /s/ Thomas Johnson
                        _____
                        Thomas Johnson
                        Attorney for Defendant
                        7- Jay Dupee

DATED: 4-21-14          /s/ William E. Bonham
                        _____
                        William E. Bonham
                        Attorney for Defendant
                        8- Brock Enrico

DATED: 4-21-14          /s/ Michael B. Bigelow
                        _____
                        Michael B. Bigelow
                        Attorney for Defendant
                        9- Todd Becerra

DATED: 4-21-14          /s/ William J. Portanova
                        _____
                        William J. Portanova
                        Attorney for Defendant
                        10- Steven Adgate

DATED:  4-21-14         /s/ Danny D. Brace,  Jr.
                        _____
                        Danny D. Brace, Jr.
                        Attorney for Defendant
                        11- Bryan Swiers

DATED: 4-21-14          /s/ Clemente M. Jimenez
                        _____
                        Clemente M. Jimenez
                        Attorney for Defendant
                        12- Kyle Schmidt

Stipulation to Continue Status Conference - 7

| | | |
|---|---|---|
| 1 | DATED: 4-21-14 | /s/ Candace A. Fry |
| 2 | | _____ |
| 3 | | Candace A. Fry<br>Attorney for Defendant |
| 4 | | 13- Dusty Burge |
| 5 | DATED: 4-21-14 | /s/ Gregory W. Fox |
| 6 | | _____ |
| | | Gregory W. Fox<br>Attorney for Defendant |
| 7 | | 14- Charles Erickson |
| 8 | DATED: 4-21-14 | /s/ Olaf W. Hedberg |
| 9 | | _____ |
| 10 | | Olaf W. Hedberg<br>Attorney for Defendant |
| 11 | | 15- Travis Olibas |
| 12 | DATED: 4-21-14 | /s/ David D. Fischer |
| 13 | | _____ |
| 14 | | David D. Fischer<br>Attorney for Defendant |
| 15 | | 16- Jake Westerman |
| 16 | DATED: 4-21-14 | /s/ Scott N. Cameron |
| 17 | | _____ |
| | | Scott N. Cameron<br>Attorney for Defendant |
| 18 | | 17-Justin McMillian |
| 19 | DATED: 4-21-14 | /s/ Carl E. Larson |
| 20 | | _____ |
| 21 | | Carl E. Larson<br>Attorney for Defendant |
| 22 | | 19- Frederick Laurens |
| 23 | DATED: 4-21-14 | /s/ Darryl A. Stallworth |
| 24 | | _____ |
| 25 | | Darryl A. Stallworth<br>Attorney for Defendant<br>21-  Richard Serrell |
| 26 | | |
| 27 | | |
| 28 | | |

Stipulation to Continue Status Conference - 8

| | | |
|---|---|---|
| 1 | DATED: 4-21-14 | /s/ Robert J. Saria |
| 2 | | _____ |
| 3 | | Robert J. Saria |
| | | Attorney for Defendant |
| 4 | | 22- Kevin Kuester |
| 5 | DATED: 4-21-14 | /s/ Russell S. Humphrey |
| 6 | | _____ |
| | | Russell S. Humphrey |
| 7 | | Attorney for Defendant |
| | | 23-Derek Winters |

DATED: 4-21-14        /s/ Clyde M. Blackmon

Clyde M. Blackmon
Attorney for Defendant
24- Richard Reynolds

DATED: 4-21-14        /s/ Michael Jason Lawley

Michael Jason Lawley
Attorney for Defendant
25- Nickolas Perry

DATED: 4-21-14        /s/ Scott A. Sugarman

Scott A. Sugarman
Attorney for Defendant
26- Joseph Mirante

DATED: 4-21-14        /s/ James A. Bustamante

James A. Bustamante
Attorney for Defendant
27- Kevin Kirkpatrick

DATED: 4-21-14        /s/ Philip A. Schnayerson

Philip A. Schnayerson
Attorney for Defendant
28- Reginald Bell

Stipulation to Continue Status Conference - 9

DATED: 4-21-14          /s/ Michael E. Hansen
                        _____
                        Michael E. Hansen
                        Attorney for Defendant
                        29-Michael Kelly

DATED: 4-21-14          /s/ James J. Clark
                        _____
                        James J. Clark
                        Attorney for Defendant
                        31- Robert Kennedy

DATED: 4-21-14          /s/ Omar Figueroa
                        _____
                        Omar Figueroa
                        Attorney for Defendant
                        32- Nicholas Ojeda

DATED: 4-21-14          /s/ James R. Greiner
                        _____
                        James R. Greiner
                        Attorney for Defendant
                        20- Jason Siegfried

**ORDER**

    IT IS SO FOUND AND ORDERED.

Dated: April 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT