JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JASON SIEGFRIED


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-12-198--MCE |
| ) | |
| PLAINTIFF, ) | STIPULATION BETWEEN THE PARTIES TO |
| ) | SET A BRIEFING SCHEDULE AND HEARING |
| v. ) | DATE ON MOTIONS; DATE FOR THE |
| ) | GOVERNMENT TO PICK SIX DEFENDANTS |
| STEVEN ORTEGA, et al., ) | FOR THE FRIST TRIAL; |
| ) | TRIAL CONFIRMATION HEARING DATE; |
| ) | FIRST TRIAL DATE; EXCLUSION OF TIME |
| DEFENDANTS. ) | UNDER THE SPEEDY TRIAL ACT |
| ) | |
| _____ ) | |

The parties to this litigation, the United States of America, represented by

Assistant United States Attorneys. Richard J. Bender and Roger Yang, and for the

remaining defendants[1]:

_____

[1] All the defendants except the following who have either been dismissed
from the case of pled guilty:  Shawn Thompson who pled guilty on January 9,
2014 (See docket entry # 418) and Joseph Figlia who pled guilty on Thursday,
        Stipulation to set Motions dates, hearing on motions, trial

1- Benjamin D. Galloway representing Steven Ortega, Sr.; 2- Randy Sue Pollock representing Steven Ortega, Jr.; 3- Shari Rusk representing Marla Ortega; 4- Dina L. Santos representing Matt Ortega; 5- Dan F. Koukol, representing Marcus Williams; 6- Hayes H. Gable, III, representing Anthony Giarrusso; 7- Thomas Johnson representing Jay Dupee; 8- William E. Bonham representing Brock Enrico;10- William J. Portanova representing Steven Adgate; 11- Danny D. Brace, Jr. representing Bryan Swiers; 12- Clemente M. Jimenez representing Kyle Schmidt;  14- Gregory W. Fox representing Charles Erickson; 15- Olaf W. Hedberg representing Travis Olibas; 16- David D. Fischer representing Jake Westerman; 17- Scott N. Cameron representing Justin McMillian; 19- Carl E. Larson representing Frederick Laurens; 21- Darryl A. Stallworth representing Richard Serrell; 22- Robert J. Saria representing Kevin Kuester; 23- Russell S. Humphrey representing Derek Winters; 24- Clyde M. Blackmon representing Richard Reynolds; 25- Michael Jason Lawley representing Nickolas Perry; 27- James A. Bustamante representing Kevin Kirkpatrick; 28- Philip A. Schnayerson representing Reginald Bell; 29- Michael E. Hansen representing Michael Kelly; 31- James J. Clark representing Robert Kennedy; 32- Omar Figueroa representing Nicholas Ojeda and 20- James R. Greiner representing Jason Siegfried, hereby agree and stipulate to the  following[2]:

---

April 10, 2014 (See docket entry # 435)and Joseph Mirante who was dismissed by the government by Order of the Court on October 27, 2014 (See docket entry # 484) and defendant Todd Becerra who pled guilty on June 26, 2014 (see Docket # 460) and defendant Dusty Burge who pled guilty on July 2, 2015 (see Docket # 536)

[2] The government requested that the format presented in this stipulation be used by the parties.

Stipulation to set Motions dates, hearing on motions, trial confirmation date, and first Trial date, excluding time under the Speedy Trial Act - 2

1- This Court held a status conference on Thursday, April 23, 2015 and continued the case for further status on Thursday, July 16, 2015. (See Docket # 520)

2. By this Stipulation, the government and the remaining defendants agree to the following schedule for briefing of motions and setting of a trial confirmation hearing and a trial date for the first group of six (6) defendants[3]:

| | |
|---|---|
| Defense motions due | October 1, 2015 |
| Government's oppositions/response | October 29, 2015 |
| Defense replies to government | November 12, 2015 |
| Hearing on motions | December 3, 2015 |
| Government select 6 defendants | January 15, 2016 |
| Trial confirmation hearing | March 10, 2016 |
| First Trial of 6 defendants | April 11, 2016 |

The government makes the following representation to the Court and the defense regarding the Trial confirmation hearing and Trial date:

"The government to designate not more than six (6) trial defendants (assuming more than six (6) remain) by January 15, 2016, , but any defendant with disposition after January 15, 2016, which opens a trial slot can be filled by adding any remaining defendant by February 12, 2016."

---

[3] A maximum of 6 (six) defendants will be tried at any given time. Stipulation to set Motions dates, hearing on motions, trial confirmation date, and first Trial date, excluding time under the Speedy Trial Act - 3

Both the government and all the remaining defendants agree to exclude time pursuant to the Speedy Trial Act between Thursday, July 16, 2015 and Thursday, October 1, 2015, under Local Codes T-2 (complexity)  and T-4 (time for adequate attorney preparation). The government has produced voluminous amounts of discovery, including, but not limited to, 6 CD's of wire taps and the potential for defense counsel to obtain on a 3 TB external hard drive video tape surveillance in this case and the government does not oppose this request. In addition, four (4) co-defendants have now pled guilty, Dusty Burge (July 2, 2015, Docket # 536), Todd Becerra (June 26, 2014, Docket # 460), Joseph Figlia (April 10, 2014, see docket entry # 435) and Shawn Thompson (January 9, 2014, see docket entry # 418), and one defendant has been dismissed by the government and this Court's Order, Joseph Mirante (October 27, 2014, see docket entry # 484) which requires all defense counsel to re-examine the discovery provided by the government in light of the two previous co-defendants pleading guilty and discuss this with their respective clients.

3. The parties[4] agree and stipulate to the following and request the Court to find the following:

a. The government has produced discovery to date which consists of 5 (five) discovery CD's labeled Discovery Disk 1, 2, 3, 4, 5 and 6 (six) wire tape CD's labeled TT1, TT2, TT3, TT4, TT5 and TT6. The government has also made available for copying onto an external hard drive the pole camera evidence which defense counsel can obtain for reviewing with their respective clients. The government requested

---

[4] Except defendants Thompson, Becerra, Figlia, Mirante and Burge.
Stipulation to set Motions dates, hearing on motions, trial
confirmation date, and first Trial date, excluding time under the Speedy
Trial Act - 4

defense counsel to supply an external hard drive with 3 TB of capacity to accommodate the enormous volume of video tape recordings.

b. The government by way of letter dated November 30, 2012, addressed to all defense counsel, produced the following additional discovery contained on 4 (four) CD's: BATES numbers DD-007532 to DD-007570; Bates number DD-7571 (reproduction of wiretap -TT#1); Bates number DD-007572 (reproduction of wiretap-TT#2); Bates number DD-007573 (reproduction of wiretaps - TT#3, tt#4, TT#5, and TT#6).

c. Counsel for all defendants[5] need additional time, to review all of the discovery as listed herein, review the all the discovery with their respective clients, to conduct investigation into this case, do research, which includes legal research, in this case, and to otherwise do review and investigation, using due diligence, that this complex case requires. Also, four (4) previous co-defendant's have pled guilty, Dusty Burge (July 2, 2015, see Docket # 536), Todd Becerra (June 26, 2014, Docket # 460), Shawn Thompson (January 9, 2014, see docket entry # 418)  and Joseph Figlia (April 10, 2014, see docket entry # 435), and one defendant has been dismissed by the government pursuant to this Court's Order, defendant Joseph Mirante (October 27, 2014, see docket entry 484) which requires all defense counsel to examine and re-examine the discovery provided by the government in light of the three previous co-defendants pleading guilty and discuss this with their respective clients. Finally, all defense counsel need the time between July 16, 2015 and October 1, 2015, for the preparation of motions to be filed in this case.

---

[5] Except defendants Thompson, Becerra, Figlia, Mirante and Burge.
Stipulation to set Motions dates, hearing on motions, trial confirmation date, and first Trial date, excluding time under the Speedy

d. Counsel for all defendants[6] need additional time to discuss with their respective clients the legal implications and potential ramifications of defendants Becerra, Thompson, Figlia and Burge pleading guilty in this case and the government dismissing pursuant to this Court's Order defendant Mirante.

e. Attorney Philip A. Schnayerson representing Reginald Bell, wants to make a record for both the Court and the government to be on notice that Mr. Schnayerson is scheduled to begin a murder trial on November 16, 2015, with the estimate time of the trial to be about three (3) weeks.

f. Attorney Thomas A. Johnson representing Jay Dupree, wants to make a record for both the Court and the government to be on notice that Mr. Johnson is not available for a trial in this case in June of 2016.

g. Counsel for all defendants[7] represent that the failure to grant the above requested continuance would deny counsel for each individual defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

h. The government, based on all of the above, does not object to the continuance.

i. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and all the defendants in a trial within the original date prescribed by the Speedy Trial Act.

---

[6] Except defendants Thompson, Becerra, Figlia, Mirante and Burge.
[7] Except defendants Thompson, Becerra, Figlia, Mirante and Burge.

j. For the purpose of computing the time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period from Thursday, July 16, 2015  to Thursday, October 1, 2015, inclusive, is deemed excludable  pursuant to Title 18 U.S.C. section 3161(h)(7)(A, (B)(ii) and (iv) corresponding to Local Codes T-2 and T-4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and all of the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 7-14-15          /s/ Richard J. Bender
                        /s/ Roger Yang
                        _____
                        Richard J. Bender
                        Roger Yang
                        ASSISTANT UNITED STATES ATTORNEYS
                        ATTORNEY FOR THE PLAINTIFF

Stipulation to set Motions dates, hearing on motions, trial confirmation date, and first Trial date, excluding time under the Speedy Trial Act - 7

DATED: 7-14-15                    /s/ Benjamin D. Galloway

                                  _____
                                  Benjamin D. Galloway
                                  Attorney for Defendant
                                  1-  Steven Ortega, Sr.


DATED: 7-14-15                    /s/ Randy Sue Pollock

                                  _____
                                  Randy Sue Pollock
                                  Attorney for Defendant
                                  2- Steven Ortega, Jr.


DATED: 7-14-15                    /s/  Shari Rusk

                                  _____
                                  Shari Rusk
                                  Attorney for Defendant
                                  3-  Marla Ortega


DATED:  7-15-15                   /s/ Dina L. Santos

                                  _____
                                  Dina L. Santos
                                  Attorney for Defendant
                                  4- Matt Ortega


DATED: 7-14-15                    /s/ Dan F. Koukol

                                  _____
                                  Dan Koukol
                                  Attorney for Defendant
                                  5- Marcus Williams


DATED:  7-15-15                   /s/ Hayes H. Gable, III

                                  _____
                                  Hayes H. Gable, III
                                  Attorney for Defendant
                                  6- Anthony Giarrusso


Stipulation to set Motions dates, hearing on motions, trial
confirmation date, and first Trial date, excluding time under the Speedy
Trial Act - 8

DATED: 7-15-15          /s/ Thomas Johnson

_____
Thomas Johnson
Attorney for Defendant
7- Jay Dupee

DATED: 7-15-15          /s/ William E. Bonham

_____
William E. Bonham
Attorney for Defendant
8- Brock Enrico

DATED: 7-15-15          /s/ William J. Portanova

_____
William J. Portanova
Attorney for Defendant
10- Steven Adgate

DATED: 7-14-15          /s/ Danny D. Brace,  Jr.

_____
Danny D. Brace, Jr.
Attorney for Defendant
11- Bryan Swiers

DATED: 7-14-15          /s/ Clemente M. Jimenez

_____
Clemente M. Jimenez
Attorney for Defendant
12- Kyle Schmidt

DATED: 7-14-15          /s/ Gregory W. Fox

_____
Gregory W. Fox
Attorney for Defendant
14- Charles Erickson

DATED: 7-14-15          /s/ Olaf W. Hedberg

_____
Olaf W. Hedberg
Attorney for Defendant
15- Travis Olibas

Stipulation to set Motions dates, hearing on motions, trial
confirmation date, and first Trial date, excluding time under the Speedy
Trial Act - 9

DATED:  7-14-15          /s/ David D. Fischer
                         _____
                         David D. Fischer
                         Attorney for Defendant
                         16- Jake Westerman

DATED:  7-14-15          /s/ Scott N. Cameron
                         _____
                         Scott N. Cameron
                         Attorney for Defendant
                         17-Justin McMillian

DATED:  7-14-15          /s/ Carl E. Larson
                         _____
                         Carl E. Larson
                         Attorney for Defendant
                         19- Frederick Laurens

DATED:  7-14-15          /s/ Darryl A. Stallworth
                         _____
                         Darryl A. Stallworth
                         Attorney for Defendant
                         21-  Richard Serrell

DATED:  7-14-15          /s/ Robert J. Saria
                         _____
                         Robert J. Saria
                         Attorney for Defendant
                         22- Kevin Kuester

DATED:  7-14-15          /s/ Russell S. Humphrey
                         _____
                         Russell S. Humphrey
                         Attorney for Defendant
                         23-Derek Winters

DATED:  7-14-15          /s/ Clyde M. Blackmon
                         _____
                         Clyde M. Blackmon
                         Attorney for Defendant
                         24- Richard Reynolds

Stipulation to set Motions dates, hearing on motions, trial
confirmation date, and first Trial date, excluding time under the Speedy
Trial Act - 10

DATED:  7-14-15          /s/ Michael Jason Lawley
                         _____
                         Michael Jason Lawley
                         Attorney for Defendant
                         25- Nickolas Perry

DATED:  7-14-15          /s/ James A. Bustamante
                         _____
                         James A. Bustamante
                         Attorney for Defendant
                         27- Kevin Kirkpatrick

DATED:  7-14-15          /s/  Philip A. Schnayerson
                         _____
                         Philip A. Schnayerson
                         Attorney for Defendant
                         28- Reginald Bell

DATED:  7-14-15          /s/  Michael E. Hansen
                         _____
                         Michael E. Hansen
                         Attorney for Defendant
                         29-Michael Kelly

DATED:  7-14-15          /s/ James J. Clark
                         _____
                         James J. Clark
                         Attorney for Defendant
                         31- Robert Kennedy

DATED:  7-14-15          /s/ Omar Figueroa
                         _____
                         Omar Figueroa
                         Attorney for Defendant
                         32- Nicholas Ojeda

DATED:  7-14-15          /s/ James R. Greiner
                         _____
                         James R. Greiner
                         Attorney for Defendant
                         20- Jason Siegfried

Stipulation to set Motions dates, hearing on motions, trial
confirmation date, and first Trial date, excluding time under the Speedy
Trial Act - 11

## ORDER

The Court adopts the parties above stipulation as the Order of this Court.  The time period from Thursday, July 16, 2015 to Thursday, October 1, 2015, inclusive, is hereby  excluded from the time in which trial must commence under the Speedy Trial Act  pursuant to Title 18 U.S.C. section 3161(h)(7)(A, (B)(ii) and (iv) corresponding to Local Codes T-2 and T-4, because it results from a continuance granted by the Court at defendants' request.  The Court specifically finds that the ends of justice served by taking such action outweigh the best interest of the public and all of the defendants in a

**IT IS SO ORDERED.**

**Dated:  July 17, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation to set Motions dates, hearing on motions, trial confirmation date, and first Trial date, excluding time under the Speedy Trial Act - 12