UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN ORTEGA, et. Al.,<br><br>Defendants. | No. 2:12-cr-0198 MCE<br><br><br><br>ORDER |

On September 25, 2015, pursuant to this Court's order, the government submitted documents for <u>in camera</u> review in connection with motion for discovery filed by a number of the defendants.

The Court has reviewed the documents submitted and orders the following documents, or portions of documents as specified, to be provided in unredacted form:

1. DD-001518: paragraph 3.[1]
2. DD-001611: block 9 and paragraph 1.[2]

Further, the Court orders the government to file further briefing, by October 5, 2015, as to the following issues:

/////

---

[1] The redacted information was already produced; <u>see</u> DD-000050.
[2] The redacted information was already produced; <u>see</u> DD-002721.

1

1. Wiretap affidavits (Request 1):
    a. Does the government intend to call CS#2, CS# 3, CS#4, and/or CS#5 to testify at trial?
    b. What is the status of the investigation referred to in paragraphs 55 and 56?
    c. Does the government intend to introduce evidence regarding the location referenced in paragraphs 59 and 60 at trial?
    d. Under what theory is the government redacting paragraphs 77, 78, and 80?
    e. If a second protective order is granted, does the government intend to provide an unredacted copy of paragraphs 92, 96, 105, 106?
    f. If a second protective order is granted, does the government intend to provide an unredacted copy of paragraph ii, DD-00246?
2. Reports of investigation and acquisition of evidence reports:
    a. If a second protective order is granted, does the government intend to provide unredacted copies of the investigative reports relating to Request 7[3]?
    b. If a second protective order is granted, does the government intend to provide unredacted copies of the evidence reports relating to Request 8[4]?
    c. If a second protective order is granted, does the government intend to provide unredacted copies of the investigative reports relating to Request 9?
    d. If a second protective order is granted, does the government intend to provide unredacted copies of the investigative reports relating to Requests 10, 11, and 12?
3. Search warrants (Request 6):

---

[3] The redaction of administrative information in the DEA 6 reports contained in blocks 1, 2, 3, and the indexing sections, is appropriate, and the Court does not include this information in its request for further briefing.

[4] The redaction of administrative information in the DEA 7 reports contained in blocks 2, 3, and 4 is appropriate, and the Court does not include this information in its request for further briefing.

1        a. Does the government intend to call CS#1 to testify at trial?

2        b. What is the justification for the redaction of DD-000858 at line 18?

3        c. What is the justification for the redaction of DD-000859 at line 5?

4        d. What is the justification for the redaction of DD-000860 at line 5?

5        e. What is the justification for the redaction of DD-000879 at lines 10 and 13?

6        f. What is the justification for the redaction of DD-000898 at lines 1 and $2^5$?

7        g. What is the justification for the redaction of DD-000900 at line $1^6$?

8        h. What is the justification for the redaction of DD-000901 at line 3?

9        4. Raw Data (Request 15)

10        a. Does the government intend to introduce at trial any evidence, not already

11        disclosed, contained in Request 15?

12    IT IS SO ORDERED.

13    Dated: September 29, 2015

14

15                                 CAROLYN K. DELANEY
                                   UNITED STATES MAGISTRATE JUDGE

---

[5] See DD-000839 at lines 23 and 3.

[6] See DD-000839 at line 1.

3