JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JASON SIEGFRIED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-12-198--MCE |
| ) | |
| PLAINTIFF, ) | STIPULATION BETWEEN THE PARTIES TO MODIFY THE BRIEFING SCHEDULE AND HEARING DATES AND THE DATE THE GOVERNMENT PICKS THE FIRST 6 DEFENDANTS FOR TRIAL; EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |
| ) | |
| ) | |
| v. ) | |
| ) | |
| STEVEN ORTEGA, et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |
| ) | |

Stipulation to Modify the Motions dates, hearing on motions, and Date the government picks the first 6 for trial and Excluding time under the Speedy Trial Act - 1

The parties to this litigation, the United States of America, represented by Assistant United States Attorneys. Richard J. Bender and Roger Yang, and for the remaining defendants[1]: 1-Benjamin D. Galloway representing Steven Ortega, Sr.; 2- Randy Sue Pollock representing Steven Ortega, Jr.; 3- Shari Rusk representing Marla Ortega; 4- Dina L. Santos representing Matt Ortega; 5- Dan F. Koukol, representing Marcus Williams; 6- Hayes H. Gable, III, representing Anthony Giarrusso; 7- Thomas Johnson representing Jay Dupee; 8- William E. Bonham representing Brock Enrico;10- William J. Portanova representing Steven Adgate; 11- Danny D. Brace, Jr. representing Bryan Swiers; 12- Clemente M. Jimenez representing Kyle Schmidt;  14- Gregory W. Fox representing Charles Erickson; 15- Olaf W. Hedberg representing Travis Olibas; 16- David D. Fischer representing Jake Westerman; 17- Scott N. Cameron representing Justin McMillian; 19- Carl E. Larson representing Frederick Laurens; 21- Darryl A. Stallworth representing Richard Serrell; 22- Robert J. Saria representing Kevin Kuester; 23- Russell S. Humphrey representing Derek Winters; 24- Clyde M. Blackmon representing Richard Reynolds; 25- Michael Jason Lawley representing Nickolas Perry; 27- James A. Bustamante representing Kevin Kirkpatrick; 28- Philip A. Schnayerson representing Reginald Bell; 29- Michael E. Hansen representing Michael Kelly; 31- James J. Clark representing Robert Kennedy; 32- Omar Figueroa

---

[1] All the defendants except the following who have either been dismissed from the case of pled guilty:  Shawn Thompson who pled guilty on January 9, 2014 (See docket entry # 418) and Joseph Figlia who pled guilty on Thursday, April 10, 2014 (See docket entry # 435)and Joseph Mirante who was dismissed by the government by Order of the Court on October 27, 2014 (See docket entry # 484) and defendant Todd Becerra who pled guilty on June 26, 2014 (see Docket # 460) and defendant Dusty Burge who pled guilty on July 2, 2015 (see Docket # 536)

Stipulation to Modify the Motions dates, hearing on motions, and Date the government picks the first 6 for trial and Excluding time under the Speedy Trial Act - 2

representing Nicholas Ojeda and 20- James R. Greiner representing Jason Siegfried, hereby agree and stipulate to the following[2]:

1-The parties previously submitted to this Court a stipulation regarding motions dates and hearing dates, which this Court Ordered. (See Docket number 545)

2- By this Stipulation, the government and the remaining defendants agree to modify those dates which puts the motions into two groups, with two hearing dates and the date for the first group of six (6) defendants[3] is modified:

    A- All motions except for suppression motions shall have the following dates:

| | |
|---|---|
| Defense motions due | October 8, 2015 |
| Government's oppositions/response | November 5, 2015 |
| Defense replies to government | November 12, 2015 |
| Hearing on group one motions | December 3, 2015 |

    B – All suppression motions shall have the following dates:

| | |
|---|---|
| Defense motions due | November 5, 2015 |
| Government's oppositions/response | December 10, 2015 |
| Defense replies to government | December 31, 2015 |
| Hearing on group two motions | January 21, 2016 |

---

[2] The government requested that the format presented in this stipulation be used by the parties.
[3] A maximum of 6 (six) defendants will be tried at any given time.

Stipulation to Modify the Motions dates, hearing on motions, and Date the government picks the first 6 for trial and Excluding time under the Speedy Trial Act - 3

     c- The government makes the following representation to the Court and the defense regarding the Trial confirmation hearing and Trial date:

> "The government to designate not more than six (6) trial defendants (assuming more than six (6) remain) by February 12, 2016."

  3- Both the government and all the remaining defendants agree to exclude time pursuant to the Speedy Trial Act between Thursday, July 16, 2015 and Thursday, October 8, 2015, under Local Codes T-2 (complexity) and T-4 (time for adequate attorney preparation). The government has produced voluminous amounts of discovery, including, but not limited to, 6 CD's of wire taps and the potential for defense counsel to obtain on a 3 TB external hard drive video tape surveillance in this case and the government does not oppose this request. In addition, four (4) co-defendants have now pled guilty, Dusty Burge (July 2, 2015, Docket # 536), Todd Becerra (June 26, 2014, Docket # 460), Joseph Figlia (April 10, 2014, see docket entry # 435) and Shawn Thompson (January 9, 2014, see docket entry # 418), and one defendant has been dismissed by the government and this Court's Order, Joseph Mirante (October 27, 2014, see docket entry # 484) which requires all defense counsel to re-examine the discovery provided by the government in light of the two previous co-defendants pleading guilty and discuss this with their respective clients.

  4- The government has produced new and additional discovery on Friday, September 25, 2015, which the defense needs to review, discuss with their respective clients and investigate.

```
Stipulation to Modify the Motions dates, hearing on motions, and Date
  the government picks the first 6 for trial and Excluding time under the
                        Speedy Trial Act - 4
```

5- The parties[4] agree and stipulate to the following and request the Court to find the following:

    a. The government has produced discovery to date which consists of 5 (five) discovery CD's labeled Discovery Disk 1, 2, 3, 4, 5 and 6 (six) wire tape CD's labeled TT1, TT2, TT3, TT4, TT5 and TT6. The government has also made available for copying onto an external hard drive the pole camera evidence which defense counsel can obtain for reviewing with their respective clients. The government requested defense counsel to supply an external hard drive with 3 TB of capacity to accommodate the enormous volume of video tape recordings.

    b. The government by way of letter dated November 30, 2012, addressed to all defense counsel, produced the following additional discovery contained on 4 (four) CD's: BATES numbers DD-007532 to DD-007570; Bates number DD-7571 (reproduction of wiretap -TT#1); Bates number DD-007572 (reproduction of wiretap- TT#2); Bates number DD-007573 (reproduction of wiretaps - TT#3, tt#4, TT#5, and TT#6).

    c. The government produced new and additional discovery on Friday, September 25, 2015.

    d. Counsel for all defendants[5] need additional time, to review all of the discovery as listed herein, review the all the discovery with their respective clients, to conduct investigation into this case, do research, which includes legal research, in this case, and to otherwise do review and investigation, using due diligence, that this complex case requires. Also, four (4) previous co-defendant's have pled guilty, Dusty Burge (July 2,

---

[4] Except defendants Thompson, Becerra, Figlia, Mirante and Burge.
[5] Except defendants Thompson, Becerra, Figlia, Mirante and Burge.

2015, see Docket # 536), Todd Becerra (June 26, 2014, Docket # 460), Shawn Thompson (January 9, 2014, see docket entry # 418) and Joseph Figlia (April 10, 2014, see docket entry # 435), and one defendant has been dismissed by the government pursuant to this Court's Order, defendant Joseph Mirante (October 27, 2014, see docket entry 484) which requires all defense counsel to examine and re-examine the discovery provided by the government in light of the three previous co-defendants pleading guilty and discuss this with their respective clients. Finally, all defense counsel need the time between July 16, 2015 and October 1, 2015, for the preparation of motions to be filed in this case.

      e. Counsel for all defendants[6] need additional time to discuss with their respective clients the legal implications and potential ramifications of defendants Becerra, Thompson, Figlia and Burge pleading guilty in this case and the government dismissing pursuant to this Court's Order defendant Mirante.

      f. Attorney Philip A. Schnayerson representing Reginald Bell, wants to make a record for both the Court and the government to be on notice that Mr. Schnayerson is scheduled to begin a murder trial on November 16, 2015, with the estimate time of the trial to be about three (3) weeks.

      g. Attorney Thomas A. Johnson representing Jay Dupree, wants to make a record for both the Court and the government to be on notice that Mr. Johnson is not available for a trial in this case in June of 2016.

---

[6] Except defendants Thompson, Becerra, Figlia, Mirante and Burge.

Stipulation to Modify the Motions dates, hearing on motions, and Date the government picks the first 6 for trial and Excluding time under the Speedy Trial Act - 6

h. Counsel for all defendants[7] represent that the failure to grant the above requested continuance would deny counsel for each individual defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

i. The government, based on all of the above, does not object to the continuance.

j. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and all the defendants in a trial within the original date prescribed by the Speedy Trial Act.

k. For the purpose of computing the time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period from Thursday, July 16, 2015 to Thursday, October 8, 2015, inclusive, is deemed excludable pursuant to Title 18 U.S.C. section 3161(h)(7)(A, (B)(ii) and (iv) corresponding to Local Codes T-2 and T-4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and all of the defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

---

[7] Except defendants Thompson, Becerra, Figlia, Mirante and Burge.
Stipulation to Modify the Motions dates, hearing on motions, and Date the government picks the first 6 for trial and Excluding time under the Speedy Trial Act - 7

Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 9-25-15   /s/ Richard J. Bender
/s/ Roger Yang

_____
Richard J. Bender
Roger Yang
ASSISTANT UNITED STATES ATTORNEYS
ATTORNEY FOR THE PLAINTIFF

DATED: 9-25-15

/s/ Benjamin D. Galloway

_____
Benjamin D. Galloway
Attorney for Defendant
1- Steven Ortega, Sr.

DATED: 9-25-15   /s/ Randy Sue Pollock

_____
Randy Sue Pollock
Attorney for Defendant
2- Steven Ortega, Jr.

DATED: 9-25-15   /s/  Shari Rusk

_____
Shari Rusk
Attorney for Defendant
3- Marla Ortega

Stipulation to Modify the Motions dates, hearing on motions, and Date the government picks the first 6 for trial and Excluding time under the Speedy Trial Act - 8

DATED:  9-25-15          /s/ Dina L. Santos
                         _____
                         Dina L. Santos
                         Attorney for Defendant
                         4- Matt Ortega

DATED: 9-25-15           /s/ Dan F. Koukol
                         _____
                         Dan Koukol
                         Attorney for Defendant
                         5- Marcus Williams

DATED:  9-25-15          /s/ Hayes H. Gable, III
                         _____
                         Hayes H. Gable, III
                         Attorney for Defendant
                         6- Anthony Giarrusso

DATED:  9-25-15          /s/ Thomas Johnson
                         _____
                         Thomas Johnson
                         Attorney for Defendant
                         7- Jay Dupee

DATED:  9-25-15          /s/ William E. Bonham
                         _____
                         William E. Bonham
                         Attorney for Defendant
                         8- Brock Enrico

DATED:  9-25-15          /s/ William J. Portanova
                         _____
                         William J. Portanova
                         Attorney for Defendant
                         10- Steven Adgate

Stipulation to Modify the Motions dates, hearing on motions, and Date the government picks the first 6 for trial and Excluding time under the Speedy Trial Act - 9

DATED: 9-25-15          /s/ Danny D. Brace, Jr.
                        _____
                        Danny D. Brace, Jr.
                        Attorney for Defendant
                        11- Bryan Swiers


DATED: 9-25-15          /s/ Clemente M. Jimenez
                        _____
                        Clemente M. Jimenez
                        Attorney for Defendant
                        12- Kyle Schmidt

DATED: 9-25-15          /s/ Gregory W. Fox
                        _____
                        Gregory W. Fox
                        Attorney for Defendant
                        14- Charles Erickson

DATED: 9-25-15          /s/ Olaf W. Hedberg
                        _____
                        Olaf W. Hedberg
                        Attorney for Defendant
                        15- Travis Olibas

DATED: 9-25-15          /s/ David D. Fischer
                        _____
                        David D. Fischer
                        Attorney for Defendant
                        16- Jake Westerman

DATED: 9-25-15          /s/ Scott N. Cameron
                        _____
                        Scott N. Cameron
                        Attorney for Defendant
                        17-Justin McMillian

Stipulation to Modify the Motions dates, hearing on motions, and Date the government picks the first 6 for trial and Excluding time under the Speedy Trial Act - 10

DATED: 9-25-15      /s/ Carl E. Larson

_____
Carl E. Larson
Attorney for Defendant
19- Frederick Laurens

DATED: 9-25-15      /s/ Darryl A. Stallworth

_____
Darryl A. Stallworth
Attorney for Defendant
21-  Richard Serrell

DATED: 9-25-15      /s/ Robert J. Saria

_____
Robert J. Saria
Attorney for Defendant
22- Kevin Kuester

DATED: 9-25-15      /s/ Russell S. Humphrey

_____
Russell S. Humphrey
Attorney for Defendant
23-Derek Winters

DATED: 9-25-15      /s/ Clyde M. Blackmon

_____
Clyde M. Blackmon
Attorney for Defendant
24- Richard Reynolds

DATED: 9-25-15      /s/ Michael Jason Lawley

_____
Michael Jason Lawley
Attorney for Defendant
25- Nickolas Perry

```
     Stipulation to Modify the Motions dates, hearing on motions, and Date
 the government picks the first 6 for trial and Excluding time under the
                        Speedy Trial Act - 11
```

DATED: 9-25-15          /s/ James A. Bustamante

                        _____
                        James A. Bustamante
                        Attorney for Defendant
                        27- Kevin Kirkpatrick

DATED: 9-25-15          /s/ Philip A. Schnayerson

                        _____
                        Philip A. Schnayerson
                        Attorney for Defendant
                        28- Reginald Bell

DATED: 9-25-15          /s/ Michael E. Hansen

                        _____
                        Michael E. Hansen
                        Attorney for Defendant
                        29-Michael Kelly

DATED: 9-25-15          /s/ James J. Clark

                        _____
                        James J. Clark
                        Attorney for Defendant
                        31- Robert Kennedy

DATED: 9-25-15          /s/ Omar Figueroa

                        _____
                        Omar Figueroa
                        Attorney for Defendant
                        32- Nicholas Ojeda

DATED: 9-25-15          /s/ James R. Greiner

                        _____
                        James R. Greiner
                        Attorney for Defendant
                        20- Jason Siegfried

Stipulation to Modify the Motions dates, hearing on motions, and Date the government picks the first 6 for trial and Excluding time under the Speedy Trial Act - 12

# ORDER

**Good cause having been shown, the parties' stipulation is adopted as this Court's Order.**

**IT IS SO ORDERED.**

Dated:  October 7, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT