BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>STEVEN ORTEGA, Sr. et al.,<br><br>           Defendants. | CASE NO.  2:12-CR-00198 MCE<br><br>AMENDED STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND ALL REMAINING DEFENDANTS |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Stipulation and Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. Defense counsel shall not disclose any of the discovery to any person other than their respective defendant/client, witnesses that they are interviewing or preparing for trial, or attorneys, law clerks, paralegals, secretaries, experts, and investigators involved in the representation of the defendant in connection to this criminal case.

///

Stipulation and Protective Order 2:12-CR-0198 MCE

1

a. Defense counsel may permit the defendant/client to review the Protected Documents and Protected Information contained therein, but the defendant/client shall not be given control of any Protected Documents or Protected Information or be provided any copies of the Protected Documents or Protected Information.

4. The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense counsel will return the discovery or certify that it has been shredded at the conclusion of the case and defense counsel's document retention obligations.

5. In the event that the defendant obtains substitute counsel, undersigned defense counsel agrees to withhold the discovery from new counsel unless and until substituted counsel agrees to be bound by this order.

6. Defense counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

7. If defense counsel makes, or causes to be made, any further copies of any of the discovery, defense counsel will inscribe the following notation on each copy: "U.S. Government Property; May Not Be Used Without U.S. Government Permission."

8. If defense counsel releases custody of any of the discovery, or authorized copies thereof, to any person described in paragraph three, defense counsel shall provide such recipients with copies of this Order and advise that person that the discovery is the property of the United States Government, that the discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the discovery may constitute a violation of law and/or contempt of court.

**Remainder of Page Intentionally Left Blank**

9. Defense counsel shall be responsible for advising his or her respective defendant, employees and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

10. Defense counsel shall be responsible for advising his or her respective defendant, employees, and other members of the defense team, and also defense witnesses of the contents and scope of this Stipulation / Order

IT IS SO STIPULATED.

                    BENJAMIN B. WAGNER
                    UNITED STATES ATTORNEY

DATED: September 28, 2015    /s/ Richard J. Bender
                                        /s/ Roger Yang
                                        _____
                                        RICHARD J. BENDER
                                        ROGER YANG
                                        Assistant United States Attorneys
                                        Attorney For The Plaintiff

DATED: September 28, 2015
                                        /s/ Benjamin D. Galloway
                                        _____
                                        BENJAMIN D. GALLOWAY
                                        Attorney for Defendant
                                        1-Steven Ortega, Sr.

DATED: September 28, 2015    /s/ Randy Sue Pollock
                                        _____
                                        RANDY SUE POLLOCK
                                        Attorney for Defendant
                                        2- Steven Ortega, Jr.

DATED: September 28, 2015    /s/ Shari Rusk
                                        _____
                                        SHARI RUSK
                                        Attorney for Defendant
                                        3- Marla Ortega

DATED: September 28, 2015    /s/ Dina L. Santos
                                        _____
                                        DINA L. SANTOS
                                        Attorney for Defendant
                                        4- Matt Ortega

1  DATED:  September 28, 2015          /s/ Hayes H. Gable, III

2                                      _____
                                       HAYES H. GABLE, III
                                       Attorney for Defendant
3                                      6- Anthony Giarrusso

4  DATED:  September 28, 2015          /s/ Thomas Johnson

5                                      _____
                                       THOMAS JOHNSON
                                       Attorney for Defendant
6                                      7- Jay Dupee

7  DATED:  September 28, 2015          /s/ William E. Bonham

8                                      _____
                                       WILLIAM E. BONHAM
                                       Attorney for Defendant
9                                      8- Brock Enrico

10 DATED:  September 28, 2015          /s/ William J. Portanova

11                                     _____
                                       WILLIAM J. PORTANOVA
                                       Attorney for Defendant
12                                     10- Steven Adgate

13 DATED:  September 28, 2015          /s/ Danny D. Brace, Jr.

14                                     _____
                                       DANNY D. BRACE, JR.
                                       Attorney for Defendant
15                                     11- Bryan Swiers

16 DATED:  September 28, 2015          /s/ Clemente M. Jimenez

17                                     _____
                                       CLEMENTE M. JIMENEZ
                                       Attorney for Defendant
18                                     12- Kyle Schmidt

19
20 DATED:  September 28, 2015          /s/ Gregory W. Fox

                                       _____
                                       GREGORY W. FOX
21                                     Attorney for Defendant
                                       14- Charles Erickson
22
23 DATED:  September 28, 2015          /s/ Olaf W. Hedberg

                                       _____
                                       OLAF W. HEDBERG
24                                     Attorney for Defendant
                                       15- Travis Olibas
25

26 DATED:  September 28, 2015          /s/ David D. Fischer

27                                     _____
                                       DAVID D. FISCHER
                                       Attorney for Defendant
28                                     16- Jake Westerman

Stipulation and Protective Order 2:12-
CR-0198 MCE

4

DATED: September 28, 2015  /s/ Scott N. Cameron

SCOTT N. CAMERON
Attorney for Defendant
17-Justin McMillian

DATED: September 28, 2015  /s/ Carl E. Larson

CARL E. LARSON
Attorney for Defendant
19- Frederick Laurens

DATED: September 28, 2015  /s/ Darryl A. Stallworth

DARRYL A. STALLWORTH
Attorney for Defendant
21- Richard Serrell

DATED: September 28, 2015  /s/ Robert J. Saria

ROBERT J. SARIA
Attorney for Defendant
22- Kevin Kuester

DATED: September 28, 2015  /s/ Russell S. Humphrey

RUSSELL S. HUMPHREY
Attorney for Defendant
23-Derek Winters

DATED: September 28, 2015  /s/ Clyde M. Blackmon

CLYDE M. BLACKMON
Attorney for Defendant
24- Richard Reynolds

DATED: September 28, 2015  /s/ Michael Jason Lawley

MICHAEL JASON LAWLEY
Attorney for Defendant
25- Nickolas Perry

DATED: September 28, 2015  /s/ James A. Bustamante

JAMES A. BUSTAMANTE
Attorney for Defendant
27- Kevin Kirkpatrick

DATED: September 28, 2015  /s/ Philip A. Schnayerson

PHILIP A. SCHNAYERSON
Attorney for Defendant
28- Reginald Bell

| | | |
|---|---|---|
| 1 | DATED:  September 28, 2015 | /s/  Michael E. Hansen |
| 2 | | MICHAEL E. HANSEN<br>Attorney for Defendant<br>29-Michael Kelly |
| 3 | | |
| 4 | | |
| 5 | DATED:  September 28, 2015 | /s/ Omar Figueroa |
| 6 | | OMAR FIGUEROA<br>Attorney for Defendant<br>32- Nicholas Ojeda |
| 7 | | |
| 8 | DATED:  September 28, 2015 | /s/ James R. Greiner |
| 9 | | JAMES R. GREINER<br>Attorney for Defendant<br>20- Jason Siegfried |
| 10 | | |
| 11 | DATED: September 29, 2015 | /s/ Dan F. Koukol |
| 12 | | Dan Koukol<br>Attorney for Defendant<br>5- Marcus Williams |
| 13 | | |
| 14 | DATED:  September 29, 2015 | /s/ James J. Clark |
| 15 | | James J. Clark<br>Attorney for Defendant<br>31- Robert Kennedy |

**O R D E R**

IT IS SO ORDERED.

Dated:  October 7, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

6