DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**MARCUS WILLIAMS**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00198 MCE |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: December 3, 2015<br>TIME: 9:00 AM |
| MARCUS WILLIAMS, | JUDGE: Hon. Morrison C. England |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Roger Yang, Assistant U.S. Attorney, and defendant Marcus Williams, by and through his attorney, Dan Koukol, that the status conference / motion to sever hearing of December 3, 2015 be vacated and that a status conference be set for January 21, 2016 at 9:00 AM.

This continuance is being requested because an offer has been made by the government which will resolve this matter and therefor render the motion to sever moot.

Counsel agree that the time between the signing of the requested order and January 21, 2016 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are outweighed by the interests of justice in permitting counsel adequate time to prepare.

| | | |
|---|---|---|
| DATED: DECEMBER 1, 2015 | | Respectfully submitted, |
| | | /s/ DAN KOUKOL |
| | | _____ |
| | | Dan Koukol |
| | | Attorney for defendant Marcus Williams |
| DATED: DECEMBER 1, 2015 | | Respectfully submitted, |
| | | /s/ DAN KOUKOL FOR ROGER YANG |
| | | _____ |
| | | Roger Yang |
| | | Assistant U.S. Attorney |

**ORDER**

It is hereby ordered that the status conference / motion to sever hearing in the above-entitled matter, scheduled for December 3, 2015, be vacated and the matter continued to January 21, 2016 at 9:00 AM for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED.

Dated: December 1, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT