BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-198 MCE |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| STEVEN ORTEGA, Sr. et al., | |
| Defendants. | |

Good cause having been shown, the Government is granted leave to file its Exhibit 2 to its opposition to Defendant's Motion to Suppress Wiretap Evidence under seal.

IT IS SO ORDERED.

Dated: December 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER                                1