1  DAN KOUKOL
   Attorney at Law
2  State Bar No. 122526
   11930 Heritage Oak Place, Suite 6
3  Auburn, California 95603
   Telephone: (530) 823-5400
4  Facsimile: (530) 852-0150
   Email: dkoukol@placergroup.com
5
   Attorney for Defendant,
6  **MARCUS WILLIAMS**

7
                  **IN THE UNITED STATES DISTRICT COURT**
8              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,          CASE NO. 2:12-CR-00198 MCE

11         Plaintiff,                  STIPULATION AND  ORDER

12      vs.                            DATE: January 21, 2016
                                       TIME: 9:00 AM
13  MARCUS WILLIAMS,                   JUDGE: Hon. Morrison C. England

14         Defendant.

15  _____

16         It is hereby stipulated and agreed to between the United States of America through Roger

17  Yang, Assistant U.S. Attorney, and defendant Marcus Williams, by and through his attorney,

18  Dan Koukol, that the status conference / motion to sever hearing of January 21, 2016 be vacated

19  and that a change of plea hearing be set for February 11, 2016 at 9:00 AM.

20         This continuance is being requested because parties need additional time to finalize a rule

21  20 transfer from the district of Indiana.

22         / /

23         / /

24         / /

25         / /

1    Counsel agree that the time between the signing of the requested order and February 11,

2    2016 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A)

3    and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are

4    outweighed by the interests of justice in permitting counsel adequate time to prepare.

5    DATED: January 19, 2016                    Respectfully submitted,

6                                               /s/ DAN KOUKOL

7                                               _____
                                                Dan Koukol
                                                Attorney for defendant Marcus Williams
8

9    DATED: January 19, 2016                    Respectfully submitted,

10                                              /s/ DAN KOUKOL FOR ROGER YANG

11                                              _____
                                                Roger Yang
                                                Assistant U.S. Attorney
12

13                                    **ORDER**

14    Pursuant to the parties' stipulation, the status conference / motion to sever hearing in the

15   above-entitled matter, scheduled for January 21, 2016, is vacated and the matter continued to

16   February 11, 2016 at 9:00 AM for change of plea.  The Court finds that time under the Speedy

17   Trial Act shall be excluded through that date in order to afford counsel reasonable time to

18   prepare.  Based on the parties' representations, the Court finds that the ends of justice served by

19   granting a continuance outweigh the best interests of the public and the defendants to a speedy

     trial.

20    IT IS SO ORDERED.

21   **Dated:  January 20, 2016**

22

23   MORRISON C. ENGLAND, JR., CHIEF JUDGE
     UNITED STATES DISTRICT COURT

24

25