DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**MARCUS WILLIAMS**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00198 MCE |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: January 21, 2016<br>TIME: 9:00 AM |
| MARCUS WILLIAMS, | JUDGE: Hon. Morrison C. England |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Roger Yang, Assistant U.S. Attorney, and defendant Marcus Williams, by and through his attorney, Dan Koukol, that the status conference / motion to sever hearing of January 21, 2016 be vacated and that a change of plea hearing be set for February 11, 2016 at 9:00 AM.

This continuance is being requested because parties need additional time to finalize a rule 20 transfer from the district of Indiana.

/ /

/ /

/ /

/ /

Counsel agree that the time between the signing of the requested order and February 11, 2016 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are outweighed by the interests of justice in permitting counsel adequate time to prepare.

DATED: January 19, 2016                Respectfully submitted,

                                        /s/ DAN KOUKOL
                                        _____
                                        Dan Koukol
                                        Attorney for defendant Marcus Williams

DATED: January 19, 2016                Respectfully submitted,

                                        /s/ DAN KOUKOL FOR ROGER YANG
                                        _____
                                        Roger Yang
                                        Assistant U.S. Attorney

**ORDER**

Pursuant to the parties' stipulation, the status conference / motion to sever hearing in the above-entitled matter, scheduled for January 21, 2016, is vacated and the matter continued to February 11, 2016 at 9:00 AM for change of plea. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED.

**Dated: January 20, 2016**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT