DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**MARCUS WILLIAMS**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00198 MCE |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: February 11, 2016<br>TIME: 9:00 AM |
| MARCUS WILLIAMS, | JUDGE: Hon. Morrison C. England |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Roger Yang, Assistant U.S. Attorney, and defendant Marcus Williams, by and through his attorney, Dan Koukol, that the change of plea hearing on February 11, 2016 be vacated and that a change of plea hearing be set for March 10, 2016 at 9:00 AM.

This continuance is being requested because a new plea offer was provided on February 5, 2016 and counsel needs additional time to review it with Mr. Williams.

//

//

//

//

-1-

Counsel agree that the time between the signing of the requested order and March 10, 2016 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are outweighed by the interests of justice in permitting counsel adequate time to prepare.

DATED: February 9, 2016       Respectfully submitted,

/s/ DAN KOUKOL
_____
Dan Koukol
Attorney for defendant Marcus Williams

DATED: February 9, 2016       Respectfully submitted,

/s/ DAN KOUKOL FOR ROGER YANG
_____
Roger Yang
Assistant U.S. Attorney

### ORDER

The change of plea hearing in the above-entitled matter, scheduled for February 11, 2016, is hereby vacated and the matter is continued to March 10, 2016 at 9:00 a.m. for change of plea. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED.

**Dated:  February 12, 2016**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT