# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **MARCUS ALONZO WILLIAMS** | Criminal Number: **2:12CR00198-005** |
| AKA: Marcus Williams, Randell Langston II, Marcus A Williams, Marcos Williams, Joseph Ryan Williams | Defendant's Attorney: Dan Koukol, Appointed |

**THE DEFENDANT:**

[✓] admitted guilt to violation of charges  1-8  as alleged in the violation petition filed on  1/3/2019 .

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| 1 | New Law Violation | 12/06/2018 |
| 2 | New Law Violation | 12/06/2018 |
| 3 | New Law Violation | 12/06/2018 |
| 4 | New Law Violation | 12/06/2018 |
| 5 | New Law Violation | 12/06/2018 |
| 6 | New Law Violation | 12/06/2018 |
| 7 | Unlawful Use of a Controlled Substance | 12/06/2018 |
| 8 | Failure to Notify of Change in Residence | 12/06/2018 |

AO 245D-CAED (Rev. 02/2018) Sheet 1 - Judgment in a Criminal Case for Revocation

DEFENDANT: **MARCUS ALONZO WILLIAMS** AKA: Marcus Williams, Randell Langston II, Marcus A Williams, Marcos Williams, Joseph Ryan Williams
CASE NUMBER: **2:12CR00198-005**

Page 2 of 3

The court: [✓] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on  6/2/2016  .

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) ⎯⎯ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**2/22/2019**
Date of Imposition of Sentence

_[signature]_

Signature of Judicial Officer
**Morrison C. England, Jr.**, United States District Judge
Name & Title of Judicial Officer
3/18/2019
Date

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 24 months.

- [✓] No TSR: Defendant shall cooperate in the collection of DNA.

- [ ] The Court makes the following recommendations to the Bureau of Prisons:

- [✓] The defendant is remanded to the custody of the United States Marshal.

- [ ] The defendant shall surrender to the United States Marshal for this district
    - [ ] at ___ on ___.
    - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    - [ ] before ___ on ___.
    - [ ] as notified by the United States Marshal.
    - [ ] as notified by the Probation or Pretrial Services Officer.

    If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

___

___

___

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____  
United States Marshal

_____  
By Deputy United States Marshal